UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-19-FtM-UAUAM

JOSE SANTOS VALLEJOS-AGUILERA

## SENTENCING SCHEDULING ORDER

A sentencing hearing has been scheduled for 30 minutes on **August 19, 2019 at 10:00 AM.** The Court **ORDERS** that, if more than 30 minutes is needed for the hearing, counsel must file a notice estimating the amount of time needed no later than 14 days before the hearing.

The Court **FURTHER ORDERS** the United States Probation Office to disclose the initial presentence investigation report no later than 35 days before the sentencing hearing. Within 14 days of the disclosure, counsel must communicate in writing to the probation officer and opposing counsel any objections to the initial presentence investigation report.

The Court **FURTHER ORDERS** the Probation Office to file the final presentence investigation report no later than 7 days before the sentencing hearing. After the final presentence investigation report has been filed, counsel must file a notice stating which of the previously filed objections, if any, remain for the Court to resolve at the hearing. This notice must be filed no later than 4 days before the hearing. And sentencing memoranda and motions to depart or vary from the guidelines must be filed no less than 4 days before the hearing.

**DONE and ORDERED** in Fort Myers, Florida, this 30th day of May 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record